# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BRETT PALMI and CAROLYN PALMI,

      Plaintiffs,

v.                                                  Case No:   6:24-cv-469-RBD-LHP

THE FIRST LIBERTY INSURANCE CORPORATION,

      Defendant

---

## ORDER
(And Direction to Clerk of Court)

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:**   JOINT MOTION TO VACATE COURT'S ORDER ON PLAINTIFFS' SHORTFORM DISCOVERY MOTION AND JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANT TO SUBMIT A RESPONSE TO PLAINTIFFS' SHORT-FORM DISCOVERY MOTION (Doc. No. 26)
>
> **FILED:**     October 23, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED as moot**.

The parties filed another copy of the same motion. *See* Doc. No. 27.

> **MOTION:** JOINT MOTION TO VACATE COURT'S ORDER ON PLAINTIFFS' SHORTFORM DISCOVERY MOTION AND JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANT TO SUBMIT A RESPONSE TO PLAINTIFFS' SHORT-FORM DISCOVERY MOTION (Doc. No. 27)
>
> **FILED:** October 23, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Without speaking to whether Defendant establishes good cause to set aside the Court's Order, given the joint nature of the request, the Joint Motion to Vacate (Doc. No. 27) is **GRANTED**, and the Court's October 22, 2024 Order (Doc. No. 25) is hereby **VACATED**.[1] The **Clerk of Court** is **DIRECTED** to reinstate Plaintiffs' Short-Form Discovery Motion (Doc. No. 24). Defendant shall respond to the motion (Doc. No. 24) on or before **October 29, 2024**. Failure to respond by this deadline will result in the Court treating the motion as unopposed in all respects.

**DONE** and **ORDERED** in Orlando, Florida on October 25, 2024.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are advised that counsel—not legal assistants—are responsible for the deadlines established in this case.

Copies furnished to:

Counsel of Record
Unrepresented Parties